**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.                                                            **CRIMINAL NO.: 4:25-cr-80-SA-JMV-2**

**AMANDA GONZALEZ**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **John H. Daniels, III** on **June 11, 2025,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **John H. Daniels, III** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **John H. Daniels, III** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 11th day of June 2025.

                                           /s/ Jane M. Virden
                                           UNITED STATES MAGISTRATE JUDGE